UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA,

-vs-

JASON VASQUEZ,

ORDER

CR- 08-254    (SJF)

---

FEUERSTEIN, J.

I adopt the recommendation of the Magistrate Judge that the plea was knowingly and voluntarily entered by the defendant, with a full understanding of his rights and the consequences of the plea of which there is a factual basis. I therefore accept the plea of guilty.

SO ORDERED.

/SANDRA J. FEUERSTEIN, U.S.D.J.

DATED:    Central Islip, N.Y.
          July 31, 2008